IRVING MOEHLING *et al.*, Plaintiffs-Appellees, *v.* THE CITY OF DES PLAINES, Defendant-Appellant.

(No. 55520; )

First District—August 11, 1972.

Opinion by Mr. JUSTICE DRUCKER.

Robert J. Di Leonardi, of Des Plaines, for appellant.

Jack M. Siegel, of Chicago, for appellees.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HAL KAPLAN, Defendant-Appellant.

(No. 55706; )

First District—August 11, 1972.

